| | | |
|---|---|---|
| IN RE: | FILED | CASE NO. 09-50388 |
| ANTHONY ARAPP | 2010 JAN 14 PM 3: 25 | CHAPTER 7 |
| Debtor | U.S. BANKRUPTCY COURT<br>NORTHERN DISTRICT OF OHIO<br>AKRON | REPORT OF UNCLAIMED<br>DIVIDEND |

    Harold A. Corzin, Trustee herein, reports that check #102 was issued on January 10, 2010 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #104 to the Clerk of Courts in the amount of $1,144.10 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

 

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Harold.corzin@psinet.com

January 12, 2010

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 09-50388 - ARAPP, ANTHONY

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 312-2462377-66 | 104 | 01/10/10 | U. S. BANKRUPTCY COURT | | | $1,144.10 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 2 | 102 | 07/10/09 | 610 | Dyck-O'Neal, Inc.<br>PO Box 13370<br>Arlington, TX 76094 | 3,889.03 | 3,889.03 | 1,144.10 | 1,144.10 |

*Handwritten:* Ck # 104  receipt # 81206

(*) Denotes objection to Amount Filed